

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-08-177-CV

| | |
|---|---|
| SONIA MARR AND ALL OTHER OCCUPANTS | APPELLANT |
| V. | |
| U.S. BANK NATIONAL ASSOCIATION AS A TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB2 | APPELLEE |

----------

## FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On April 30, 2008 and May 15, 2008, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this

---

[1]  *See* TEX. R. APP. P. 47.4.

appeal unless the $175 filing fee was paid.  *See* TEX. R. APP. P. 42.3(c).

Appellant has not paid the $175 filing fee.[2]  *See* TEX. R. APP. P. 5, 12.1(b).

Because appellant has failed to comply with a requirement of the rules of

appellate procedure and the Texas Supreme Court's order of August 28, 2007,[3]

we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

*See* TEX. R. APP. P. 43.4.


PER CURIAM


PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED:  June 19, 2008

---

[2] We note that appellant filed an affidavit of indigence with the trial court, and that the trial court sustained the contests to this affidavit made by the court reporter and county clerk because appellant failed to comply with rule of  appellate procedure 20.1.  However, appellant did not challenge these rulings in this court.

[3] *See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in court of appeals).